THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CELIBERTI, Appellant.— Judgment of the County Court of Kings County convicting defendant, on his plea of guilty, of the crime of robbery in the first degree, while armed with a dangerous weapon, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH GARGIULO, Respondent.— Order of the County Court of Kings County granting the defendant's motion to dismiss an indictment charging him with carnal abuse of a child as a felony, assault in the second degree and endangering the health or life of a child, reversed on the law and the facts, the motion denied and the indictment reinstated. The testimony before the Grand Jury established a prima facie case. The unsworn statement of the four-year-old child was supported by her physical condition immediately after the alleged assault. The identity of the respondent was corroborated by his presence in the hallway where the child was attacked. His denial that he was in the premises at the time of the attack and his flight therefrom were " indicative of a consciousness of guilt, and hence of guilt itself." (*People* v. *Reddy,* 261 N. Y. 479, 486.) Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN QUIGLEY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of violating section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

GEORGE RUSNAK, Respondent, v. ANNA R. DOBY, Defendant, and STEPHEN RUSNAK, Appellant.— Action in equity to enforce an express trust. Judgment in favor of plaintiff, order denying appellant's motion to dismiss the complaint, and order granting plaintiff's motion and striking out certain defenses in the answer, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

CHARLES VERMEULEN, an Infant, by EMILE VERMEULEN, His Guardian ad Litem, et al., Respondents, v. JACK LEVENTHAL et al., Appellants.— Action by the infant plaintiff to recover damages for personal injuries, and by his father for expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

## (April 30, 1945.)

BOARD OF EDUCATION OF THE CITY OF MIDDLETOWN, Plaintiff, v. JOHN T. KANE et al., Respondents: By Original Summons. JOHN T. KANE et al., Respondents, v. HUTCHINSON ROOFING & SHEET METAL CO., INC., Impleaded Defendant-Appellant, et al., Impleaded Defendants: By Supplemental Summons on Claim Over. — Appeal by the impleaded defendant Hutchinson Roofing & Sheet Metal Co., Inc., from an order denying its motion to vacate an order of impleader. Order affirmed, with $10 costs and disbursements, with leave to said impleaded defendant, within ten days from the entry of the order hereon, to answer or otherwise move with respect to the claim over set out in the answer of the defendants Kane and Pavia. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.